## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**MAXIMA LUNA,**

**Plaintiff,**

v.                                          **Case No:  6:14-cv-574-Orl-18TBS**

**VERIZON WIRELESS PERSONAL
COMMUNICATIONS, L.P. and
RECEIVABLES PERFORMANCE
MANAGEMENT, LLC,**

**Defendants.**

_____

## ORDER

On January 14, 2015 the Plaintiff, MAXIMA LUNA and Defendant, VERIZON WIRELESS PERSONAL COMMUNICATIONS, L.P. d/b/a VERIZON WIRELESS filed a joint stipulation for dismissal with prejudice of Defendant VERIZON WIRELESS (Doc. No. 20). Accordingly, pursuant to Fed.R.Civ.P. 41(a), it is

**ORDERED** that Defendant VERIZON WIRELESS PERSONAL COMMUNICATIONS, L. P. d/b/a VERIZON WIRELESS is DISMISSED from this cause with prejudice. Each party to bear their own attorney's fees and costs. The Clerk of the Court is directed to terminate the above named defendant from the case.

**DONE AND ORDERED** at Orlando, Florida, this _15_ day of January, 2015.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record