# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MAXIMA LUNA,

      **Plaintiff,**

v.                                          Case No: 6:14-cv-574-Orl-18TBS

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC,

      **Defendant.**

## ORDER

The Court has been advised by the Defendant in the above-styled action that this case that the parties have reached an agreement for settlement. Accordingly, pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is

**ORDERED** that this cause is **DISMISSED** subject to the right of any party to re-open the action within sixty (60) days upon good cause shown, or to submit a stipulated form of final order or judgment.

**DONE AND ORDERED** at Orlando, Florida, this 23 day of April, 2015.

                                                          G. KENDALL SHARP
                                      SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record